# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:19-cv-21248 |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE TRUSTEES OF PRINCETON UNIVERSITY

Date:   12/11/2019

s/Jeffrey M. Pollock
*Attorney's signature*

JEFFREY M. POLLOCK 015751987
*Printed name and bar number*

997 LENNOX DRIVE
BUILDING 3
LAWRENCEVILLE, NJ 08648

*Address*

jmpollock@foxrothschild.com
*E-mail address*

(609) 896-7660
*Telephone number*

(609) 896-1469
*FAX number*