**RIKER DANZIG SCHERER**
 **HYLAND PERRETTI**
By: Stuart Lederman (#6620)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Tel: 973.451.8456/Fax: 973.451.8678
*Attorneys for Defendants*
*Jacobs Architects/Engineers, Inc. and*
*Jacobs Consultancy Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE TRUSTEES OF**<br>**PRINCETON UNIVERSITY,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**TOD WILLIAMS BILLIE TSIEN**<br>**ARCHITECTS, LLP; JACOBS**<br>**ARCHITECTS/ENGINEERS,**<br>**INC.; and JACOBS**<br>**CONSULTANCY INC.,**<br><br>       **Defendants.** | **Civil Action No. 3:19-cv-21248-BRM-LHG** |

### APPLICATION FOR AN EXTENSION OF TIME TO ANSWER,
### MOVE OR OTHERWISE REPLY

COME NOW Defendants, Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc., in accordance with Local Rule 6.1(B), and submit this Application for a Clerk's Order extending the time within which Defendants, Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc., may answer, move or otherwise reply to the Complaint filed by Plaintiff, The Trustees Of Princeton University, and it is represented that:

1.      Defendants have not been granted any prior extension of the time for filing their pleading in response to the Complaint;

2.      Service of Process was effected on December 17, 2019; and,

3.      Defendants' time to answer, move or otherwise reply to the Complaint will expire

on January 7, 2020.

**RIKER DANZIG SCHERER
HYLAND PERRETTI**
*Attorneys for Defendants
Jacobs Architects/Engineers, Inc. and
Jacobs Consultancy Inc.*

**Dated: January 3, 2020**                                        By: Stuart Lederman

ORDER

The  above application is ORDERED/GRANTED and the time for Defendants to answer,

move or otherwise reply to the Complaint in this matter is extended  to January 21, 2020.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
        Deputy Clerk