UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>               Plaintiffs,<br><br>v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>               Defendants. | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No.<br>3:19-cv-21248-BRM-LHG |

Application is hereby made for a Clerk's Order extending time within which defendant(s) Tod Williams Billie Tsien Architects, LLP may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on December 19, 2019; and
3. Time to Answer, Move or otherwise Reply expires on January 9, 2020.

                                                THOMPSON BECKER, L.L.C.
                                                Attorneys for Defendant,
                                                Tod Williams Billie Tsien
                                                Architects, LLP
                                                Ten Melrose Avenue
                                                Woodcrest Pavilion, Suite 400
                                                Cherry Hill, New Jersey 08003

                                            By: _/s/ John M. Becker_____
Dated: January 6, 2020                          John M. Becker, Esquire
                                                I.D. #8515

ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply is extended to January 23, 2020.

ORDERED DATED: _____

                              WILLIAM T. WALSH, Clerk


                              By:_____
                                    Deputy Clerk