UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>    Defendants. | Civil Action No.<br>3:19-cv-21248-BRM-LHG<br><br>**Motion Return Date:**<br>**July 6, 2020** |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP,<br><br>    Defendant/<br>  Third-Party Plaintiff,<br><br>  v.<br><br>ARUP, USA, INC., THE BALLINGER COMPANY, SEVERUD ASSOCIATES CONSULTING ENGINEERS, P.C., FISHER MARANTZ STONE, FRANK HUBACH ASSOCIATES, INC., F.J. SCIAME CONSTRUCTION COMPANY, INC., JOHN DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>  Third-Party Defendants. | |

**DEFENDANT TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP'S NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED THIRD-PARTY COMPLAINT, AND ANSWER TO CROSS-COMPLAINT WITH THIRD-PARTY COMLAINT, AND ANSWER TO COUNTERCLAIM WITH THIRD-PARTY COMPLAINT**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that, on Monday, July 6, 2020, defendant Tod Williams Billie Tsien Architects, LLP, through their undersigned counsel Thompson Becker, L.L.C., will move before the Honorable Lois H. Goodman, U.S.M.J., at the Clarkson S. Fisher Federal Building & U.S. Courthouse, Room 7050, 402 E. State Street, Trenton, NJ 08608, for an Order granting defendant leave to file:

1. an Amended Third-Party Complaint joining additional parties in this matter in substantially the same form as Exhibit "A"; and

2. an Answer to the Cross-Complaint by defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc. and Third-Party Complaint in the same form as Exhibit "B"; and

3. an Answer to the Counterclaim by third-party Arup, USA, Inc. and Third-Party Complaint in the same form as Exhibit "C".

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, defendant will rely on their Brief in Support of the Motion for Leave to Amend, the accompanying Certification of Counsel, and all documents attached thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7.1(e), a proposed form of Order is submitted herewith for the Court's consideration.

Respectfully submitted,

THOMPSON BECKER, L.L.C.
By: John M. Becker, Esquire
I.D. #8515
Ten Melrose Avenue
Woodcrest Pavilion, Suite 400
Cherry Hill, New Jersey 08003
Phone: (856) 616-8886
Facsimile: (856) 616-9118
Our File No. 7500-091
jbecker@thompsonbeckerlaw.com
Attorneys for Defendant,
Tod Williams Billie Tsien Architects, LLP

Dated:  June 12, 2020

By: _____
John M. Becker, Esquire