UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>    Defendants. | Civil Action No. 3:19-cv-21248-BRM-LHG<br><br>**Motion Return Date: July 6, 2020** |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP,<br><br>    Defendant/<br>  Third-Party Plaintiff,<br><br>  v.<br><br>ARUP, USA, INC., THE BALLINGER COMPANY, SEVERUD ASSOCIATES CONSULTING ENGINEERS, P.C., FISHER MARANTZ STONE, FRANK HUBACH ASSOCIATES, INC., F.J. SCIAME CONSTRUCTION COMPANY, INC., JOHN DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>  Third-Party Defendants. | |

## **CERTIFICATION OF COUNSEL**

I, John M. Becker, Esquire, do hereby certify unto law and say:

1. I am in attorney-and-law of the State of New Jersey and a member of Thompson Becker, LLC, which is counsel for Defendant Tod Williams Billie Tsien Architects, LLP. As such, I am fully familiar with the facts and procedural history of this case.

2. Attached hereto as Exhibit "1" is an email from the court dated June 4, 2020 clarifying the Scheduling Order dated May 13, 2020.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> THOMPSON BECKER, L.L.C.
> By: John M. Becker, Esquire
> I.D. #8515
> Ten Melrose Avenue
> Woodcrest Pavilion, Suite 400
> Cherry Hill, New Jersey 08003
> Phone: (856) 616-8886
> Facsimile: (856) 616-9118
> Our File No. 7500-091
> jbecker@thompsonbeckerlaw.com
> Attorneys for Defendant,
> Tod Williams Billie Tsien Architects, LLP

Dated: June 12, 2020

By: _____
John M. Becker, Esquire

2

EXHIBIT 1

## John Becker

| | |
|---|---|
| **From:** | John Becker |
| **Sent:** | Thursday, June 04, 2020 5:33 PM |
| **To:** | Angela Juneau-Bezer; NJDdb_Orders_Goodman |
| **Cc:** | Biser, Sarah B.; Kathy Barnes; Lederman, Stuart; Pagano, Brian D.; Randazzo, Rudy; Loryn P. Riggiola; Ira Schulman; Langer, Philip Z.; Pollock, Jeffrey M.; Jason E. Kosek; Fuga, Andrew J. |
| **Subject:** | RE: The Trustees of Princeton University v. Tod Williams Billie Tsien Architects, LLP  Civil Action No. 3:19-cv-21248-BRM-LHG |

Thank you for the clarification.

John M. Becker, Esq.
Thompson Becker LLC
Ten Melrose Ave.
Suite 400
Cherry Hill, NJ 08003
856-616-8886 (v)
856-616-9118 (f)
609-922-3474 (m)
www.thompsonbeckerlaw.com
Attorney Bio:  Click Here

---

**From:** Angela Juneau-Bezer <Angela_JuneauBezer@njd.uscourts.gov>
**Sent:** Thursday, June 04, 2020 11:43 AM
**To:** John Becker <JBecker@thompsonbeckerlaw.com>; NJDdb_Orders_Goodman <lhg_orders@njd.uscourts.gov>
**Cc:** Biser, Sarah B. <sbiser@foxrothschild.com>; Kathy Barnes <kbarnes@watttieder.com>; Lederman, Stuart <SLEDERMAN@riker.com>; Pagano, Brian D. <BDPagano@burnswhite.com>; Randazzo, Rudy <rrandazzo@riker.com>; Loryn P. Riggiola <lriggiola@ZDLAW.com>; Ira Schulman <ISchulman@sheppardmullin.com>; Langer, Philip Z. <planger@foxrothschild.com>; Pollock, Jeffrey M. <JMPollock@foxrothschild.com>; Jason E. Kosek <jkosek@zdlaw.com>; Fuga, Andrew J. <AJFuga@burnswhite.com>
**Subject:** Re: The Trustees of Princeton University v. Tod Williams Billie Tsien Architects, LLP Civil Action No. 3:19-cv-21248-BRM-LHG

Counsel,

My apologies for the confusion in the scheduling order.  The third unnumbered paragraph was not intended to apply only to Plaintiff.  All motions to amend, whether to amend a pleading to add claims or defendants, must be on consent or by leave of the Court.  Leave has not been given to any party here.

Thus, unnumbered paragraph 2, which states that any party shall name third party defendants by June 30, should be stricken, and the third unnumbered paragraph applies to both Plaintiff and Defendants both to amend pleadings or join new parties.

1

Thank you,


Sent from Outlook Mobile

---

**From:** John Becker <JBecker@thompsonbeckerlaw.com>
**Sent:** Wednesday, June 3, 2020, 3:51 PM
**To:** NJDdb_Orders_Goodman
**Cc:** Biser, Sarah B.; Kathy Barnes; Lederman, Stuart; Pagano, Brian D.; Randazzo, Rudy; Loryn P. Riggiola; Ira Schulman; Langer, Philip Z.; Pollock, Jeffrey M.; Jason E. Kosek; Fuga, Andrew J.
**Subject:** The Trustees of Princeton University v. Tod Williams Billie Tsien Architects, LLP Civil Action No. 3:19-cv-21248-BRM-LHG

Dear Judge Goodman:

Please find attached correspondence seeking Your Honor's clarification and guidance regarding the May 13 Scheduling Order.

Respectfully submitted,

John M. Becker, Esq.
Thompson Becker LLC
Ten Melrose Ave.
Suite 400
Cherry Hill, NJ 08003
856-616-8886 (v)
856-616-9118 (f)
609-922-3474 (m)
www.thompsonbeckerlaw.com
Attorney Bio:  Click Here