THOMPSON BECKER, L.L.C.
By: John M. Becker, Esquire - I.D. #8515
Ten Melrose Avenue
Woodcrest Pavilion, Suite 400
Cherry Hill, New Jersey 08003
Phone: (856) 616-8886
Our File No. 7500-091
Attorneys for Defendant,
Tod Williams Billie Tsien Architects, LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>      Plaintiff,<br><br>    v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>      Defendants. | Civil Action No.<br>3:19-cv-21248-BRM-LHG<br><br>**PROPOSED ORDER** |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP,<br><br>      Defendant/<br>   Third-Party Plaintiff,<br><br>    v.<br><br>ARUP, USA, INC., THE BALLINGER COMPANY, SEVERUD ASSOCIATES CONSULTING ENGINEERS, P.C., FISHER MARANTZ STONE, FRANK HUBACH ASSOCIATES, INC., F.J. SCIAME CONSTRUCTION COMPANY, INC., JOHN DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>   Third-Party Defendants. | |

**AND NOW**, this \_\_\_\_ day of July, 2020, upon consideration of the Motion of defendant Tod Williams Billie Tsien Architects, LLP, for leave to file amend pleadings and join additional parties, and all briefing submitted by defendant and/or the parties in response and reply thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant Tod Williams Billie Tsien Architects, LLP is granted leave to file:

1. an Amended Third-Party Complaint joining additional parties in this matter in substantially the same form as Exhibit "A" to the Motion; and

2. an Answer to the Cross-Complaint by defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc. and Third-Party Complaint in the same form as Exhibit "B" to the Motion; and

3. an Answer to the Counterclaim by third-party Arup, USA, Inc. and Third-Party Complaint in the same form as Exhibit "C" to the Motion.

**IT IS FURTHER ORDERED** the proposed pleadings shall be filed within _____ days hereof.

BY THE COURT:

_____
**LOIS H. GOODMAN, U.S.M.J.**