UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>                Plaintiff,<br><br>      v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>                Defendants. | Civil Action No.<br>3:19-cv-21248-BRM-LHG<br><br>**Motion Return Date:**<br>**July 6, 2020** |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP,<br><br>                Defendant/<br>       Third-Party Plaintiff,<br><br>      v.<br><br>ARUP, USA, INC., THE BALLINGER COMPANY, SEVERUD ASSOCIATES CONSULTING ENGINEERS, P.C., FISHER MARANTZ STONE, FRANK HUBACH ASSOCIATES, INC., F.J. SCIAME CONSTRUCTION COMPANY, INC., JOHN DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>      Third-Party Defendants. | |

### CERTIFICATION OF SERVICE

    I hereby certify that on June 12, 2020, a true and correct copy of Defendant Tod Williams Billie Tsien Architects, LLP's Notice of Motion for Leave to File an Amended Third-Party

Complaint, and an Answer to Cross-Complaint with Third-party complaint, and an Answer to Counterclaim with a Third-Party Complaint, Brief in Support thereof (with exhibits), Certification of Counsel (with exhibits), and Proposed Order was filed with the Court's CM/ECF filing system and thereby served on the following counsel of record for this matter:

**COUNSEL FOR PLAINTIFF**
Sarah B. Biser, Esq.
Jeffrey M. Pollock, Esq.
FOX ROTHSCHILD LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648

**COUNSEL FOR DEFENDANTS JACOBS ARCHITECTS/ENGINEERS, INC. AND JACOBS CONSULTANCY, INC.**
Stuart M. Lederman, Esq.
Cristin M. Moyle, Esq.
RIKER DANZIG SCHERER HYLAND & PERETT LLP
One Speedwell Avenue
Morristown, NJ 07962

**COUNSEL FOR THIRD-PARTY DEFENDANT F.J. SCIAME CONSTRUCTION CO., INC.**
Stephanie L. Jonaitis, Esq.
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543

**COUNSEL FOR THIRD-PARTY DEFENDANT, F.J. SCIAME CONSTRUCTION, INC.**
Ira M. Schulman, Esq.
SHEPPARD MULLIN, LLP
30 Rockefeller Plaza
New York, NY 10112

**COUNSEL FOR THIRD-PARTY DEFENDANT, ARUP, USA, INC.**
Loryn P. Riggiola, Esq.
ZETLIN & DE CHIARA LLP
801 Second Avenue
New York, NY 10017

**COUNSEL FOR COUNTERCLAIM PLAINTIFF TOD WILLIAMS BILLIE TSIEN ARCHITECTS**
Brian D. Pagano, Esq.
BURNS WHITE LLC
457 Haddonfield Road
Suite 510
Cherry Hill, NJ 08002

THOMPSON BECKER, L.L.C.
By: John M. Becker, Esquire
I.D. #8515
Ten Melrose Avenue
Woodcrest Pavilion, Suite 400
Cherry Hill, New Jersey 08003
Phone: (856) 616-8886
Facsimile: (856) 616-9118
Our File No. 7500-091
jbecker@thompsonbeckerlaw.com
Attorneys for Defendant,
Tod Williams Billie Tsien Architects, LLP

Dated: June 12, 2020

By: _____
John M. Becker, Esquire