## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC., <br><br> Defendants. <br><br>_____ <br><br> TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ARUP USA, INC. and F.J. SCIAME CONSTRUCTION COMPANY, INC., <br><br> Third-Party Defendants. | Civil Action No. 3:19-cv-21248-BRM-LHG <br><br> Hon. Lois H. Goodman <br><br> **CONSENT ORDER PERMITTING PLAINTIFF TRUSTEES OF PRINCETON UNIVERSITY TO FILE AMENDED <u>COMPLAINT</u>** |

This matter having been brought before the Court by Sarah B. Biser, Esq. of Fox Rothschild LLP, attorneys for Plaintiff the Trustees of Princeton University, for a Consent Order allowing Plaintiff the Trustees of Princeton University to file an Amended Complaint:

**IT IS** on this 15th day of June 2020 hereby:

**ORDERED** that Plaintiff the Trustees of Princeton University may file an Amended Complaint by June 15, 2020, in order to correct two numbering errors that Plaintiff identified at paragraph 51 of the Complaint.

1



HON. LOIS H. GOODMAN

UNITED STATES MAGISTRATE JUDGE

We hereby Consent to the form and Entry of this Order:

BY: _____
Sarah B. Biser, Esq.
Jeffrey M. Pollock, Esq.
**FOX ROTHSCHILD LLP**
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
*Attorneys for Plaintiff*

BY: _____
John M. Becker, Esq.
**THOMPSON BECKER LLC**
Ten Melrose Avenue, Suite 400
Cherry Hill, New Jersey 08003
*Attorneys for Defendant/Third-Party Plaintiff Tod Williams Billie Tsien Architects, LLP*

BY: _____
Stuart M. Lederman, Esq.
Cristin M. Moyle, Esq.
**RIKER DANZIG SCHERER HYLAND & PERETT LLP**
One Speedwell Avenue
Morristown, New Jersey 07962
*Attorneys for Defendants Jacobs Architects /Engineers, Inc. and Jacobs Consultancy, Inc.*

BY: _____
Ira Schulman, Esq.
**SHEPPARD MULLIN**
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Third-Party Defendant F.J. Sciame Construction Co., Inc.*

Kathleen O. Barnes
**WATT TIEDER HOFFAR & FITZGERALD LLP**
1765 Greensboro Station Place
Mclean, Virginia 22102
*Attorneys for Defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc.*

BY: _____
Loryn P. Riggiola, Esq.
**ZETLIN & DE CHIARA LLP**
80 Bloomfield Avenue
Caldwell, New Jersey 07006
*Attorneys for Third-Party Defendant ARUP USA, Inc.*