Ira M. Schulman (*admitted pro hac vice*)
Emily D. Anderson
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile:  (212) 653-8701
ISchulman@sheppardmullin.com
EManderson@sheppardmullin.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>    Defendants.<br>------------------------------------------------------<br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>ARUP USA, INC. and F.J. SCIAME CONSTRUCTION COMPANY, INC.<br><br>    Third-Party Defendants. | Civil Action No. 3:19-cv-21248 (BRM)(LHG)<br><br>**APPLICATION FOR EXTENSION OF TIME TO OPPOSE MOTION**<br><br>**Motion Date: July 6, 2020** |

    Application is hereby made for a Clerk's Order pursuant to Local Civil Rule 7.1 (d) (5) extending the time within which Third-Party Defendant F.J. Sciame Construction Company, Inc. ("Sciame") may oppose the Motion to Supplement and /or Amend the Answer,

-2-

Affirmative Defenses, Counterclaim and Cross-Claim (Document 42) filed by Defendant Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc., currently returnable on July 6, 2020, and it is represented that:

1. The originally noticed motion day has not previously been extended or adjourned;

2. The new motion day shall be July 20, 2020; and

3. All parties opposing the motion shall file their opposition papers at least 14 days prior to the new motion day, and that the moving party shall file its reply papers, if any, at least seven days prior to the new motion day.

| | |
|---|---|
| Dated: New York, New York<br>June 19, 2020 | Respectfully submitted,<br><br> s/ Emily D. Anderson<br>Ira M. Schulman (*admitted pro hac vice*)<br>Emily D. Anderson<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 653-8700<br>Facsimile:  (212) 653-8701<br>Email: ISchulman@sheppardmullin.com<br>          EManderson@sheppardmullin.com<br>*Attorneys for Third-Party Defendant*<br>*F.J. Sciame Construction Co., Inc.* |