# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.896.0661 direct
emanderson@sheppardmullin.com

June 22, 2020

**Via ECF**

Honorable Brian R. Martinotti, USDJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   The Trustees of Princeton University v. Tod Williams Billie Tsien Architects, LLP, et al.
      Civil Action No. 3:19-cv-21248

Dear Judge Martinotti,

  We represent Third-Party Defendant F.J. Sciame Construction Company, Inc. ("Sciame") in the above referenced action. In response to the Clerk's Quality Control Message, dated June 22, 2020, and subsequent instructions from the Clerk, Sciame hereby withdraws its Rule 7.1(d)(5) letter (Docket No. 48) for an automatic extension for Sciame to file its opposition to Defendant Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc.'s Motion to Supplement and /or Amend the Answer, Affirmative Defenses, Counterclaim and Cross-Claim (Document 42). Sciame will be filing its opposition today. Accordingly, there is no need for the Clerk's Office to forward the request to Chambers for further review as indicated in the Clerk's Quality Control Message. Thank you for your consideration.

Respectfully,

*/s/ Emily D. Anderson/*

Emily D. Anderson


cc:   Counsel of Record for All Parties
      (via ECF)

SMRH:4814-3132-2817.2