Ira M. Schulman (*admitted pro hac vice*)
Emily D. Anderson
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile:  (212) 653-8701

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>    Defendants.<br>------------------------------------------------------<br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>ARUP USA, INC. and F.J. SCIAME CONSTRUCTION COMPANY, INC.<br><br>    Third-Party Defendants. | Civil Action No. 3:19-cv-21248 (BRM)(LHG)<br><br>**Motion Date: July 6, 2020**<br><br>*Document Electronically Filed* |

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 22, 2020, I caused true and correct copies of Third-Party

Defendant F.J. Sciame Construction Co., Inc. ("Sciame"): (i) Memorandum of Law in

Opposition to Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc.'s Motion to Supplement and/or Amend, and (ii) the Declaration of Emily D. Anderson, dated June 22, 2020, with exhibits, to be served by the Court's electronic case filing system upon the following counsel of record:

| | |
|---|---|
| THOMPSON BECKER, L.L.C.<br>John M. Becker, Esq.<br>Ten Melrose Avenue<br>Woodcrest Pavilion, Suite 400<br>Cherry Hill, New Jersey 08003<br>jbecker@thompsonbeckerlaw.com | FOX ROTHSCHILD LLP<br>Jeffrey M. Pollock, Esq.<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, NJ 08648<br>jmpollock@foxrothschild.com |
| BURNS WHITE LLC<br>Brian D. Pagano, Esq.<br>457 Haddonfield Road, Suite 510<br>Cherry Hill, NJ  08002<br>bdpagano@burnswhite.com | FOX ROTHSCHILD LLP<br>Sarah B. Biser, Esq,<br>101 Park Ave., 17th Floor<br>New York, NY  10178<br>sbiser@foxrothschild.com |
| *Attorneys for Defendant/Third-Party Plaintiff, Tod Williams Billie Tsien Architects, LLP* | *Attorneys for Plaintiff The Trustees of Princeton University* |
| ZETLIN & DE CHIARA, LLP<br>Loryn P. Riggiola, Esq.<br>80 Bloomfield Avenue<br>Caldwell, New Jersey 07006<br>lriggiola@zdlaw.com<br><br>*Attorneys for Third- Party Defendant ARUP, USA, Inc* | RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Stuart Lederman, Esq.<br>Cristin Mary Boyle, Esq.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962-1981<br>slederman@riker.com<br>cboyle@riker.com<br><br>*Attorneys for **Defendants** Jacobs Architects/Engineers, Inc. and Jacobs Consultancy Inc.* |

Dated:  New York, New York
       June 22, 2020

Respectfully submitted,

 s/ Emily D. Anderson
Ira M. Schulman (*admitted pro hac vice*)
Emily D. Anderson
SHEPPARD, MULLIN, RICHTER &

-3-

                                         HAMPTON LLP
                                         30 Rockefeller Plaza
                                         New York, New York 10112
                                         Telephone: (212) 653-8700
                                         Facsimile:  (212) 653-8701
                                         Email: ISchulman@sheppardmullin.com
                                                           EManderson@sheppardmullin.com
*Attorneys for Third-Party Defendant*
*F.J. Sciame Construction Co., Inc.*