**RIKER DANZIG SCHERER**
  **HYLAND & PERRETTI LLP**
By: Stuart Lederman (# 6620)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
Tel: 973.451.8456/Fax: 973.451.8678

**WATT TIEDER HOFFAR &**
  **FITZGERALD, LLP**
By:  Kathleen Olden Barnes (pro hac vice)
1765 Greensboro Station Place
Suite 1000
McLean, Virginia 22102
Tel: 703.749.1000/Fax: 703.893.8029

*Attorneys for Defendants*
*Jacobs Architects/Engineers, Inc. and*
*Jacobs Consultancy Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE TRUSTEES OF PRINCETON UNIVERSITY,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,**<br><br>        **Defendants.** | **Civil Action No. 3:19-cv-21248-BRM-LHG** |

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER,**
**MOVE OR OTHERWISE REPLY**

COME NOW Defendants, Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc.,

in accordance with Local Rule 6.1(B), and submit this Application for a Clerk's Order extending

the time within which Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc. (collectively "the Jacobs Entities"), may answer, move or otherwise reply to the Third-Party Complaint filed by Defendant, Todd Williams Billie Tsien Architects, Inc., and it is represented that:

1. The Jacobs Entities have not been granted any prior extension of the time for filing their pleading in response to the Third-Party Complaint;

2. Service of Process was completed on August 14, 2020;

3. The Jacobs Entities' time to answer, move or otherwise respond to the Third-Party Complaint will expire on September 4, 2020; and

4. Counsel for the Jacobs Entities has conferred with counsel for Todd Williams Billie Tsien Architects, Inc. and there is no objection to the requested extension of time.

                                                **RIKER DANZIG SCHERER HYLAND & PERRETTI LLP**
*Attorneys for Defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy Inc.*

**Dated: September 3, 2020**                             /s/ Stuart M. Lederman
                                                                         By: Stuart M. Lederman

ORDER

The above application is ORDERED/GRANTED and the time for Defendants to answer, move or otherwise reply to the Complaint in this matter is extended to September 18, 2020.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By:_____
   Deputy Clerk