# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY, | Civil Action No. 3:19-cv-21248-BRM-LHG |
| Plaintiff, | |
| v. | |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC., | **SCHEDULING ORDER** |
| Defendants. | |
| TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP, | |
| Third-Party Plaintiff, | |
| v. | |
| ARUP USA, INC. and F.J. SCIAME CONSTRUCTION COMPANY, INC., | |
| Third-Party Defendants. | |

    **THIS MATTER** having come before the Court on **September 29, 2020** for a status conference; Sarah B. Biser, Esq., and Philip Langer, Esq., of Fox Rothschild LLP, appearing on behalf of Plaintiff; John Becker, Esq., of Thompson Becker LLC, and Ellen Corbo, Esq., of Burns White LLC, appearing on behalf of Defendant Tod Williams Billie Tsien Architects LLP; Stuart Lederman, Esq., of Riker, Danzig, Scherer, Hyland & Perretti LLP, and Kathleen Barnes, Esq., of Watt, Tieder, Hoffar & Fitzgerald LLP, appearing on behalf of Defendant Jacobs Architects/Engineers, Inc. and Jacobs Consultancy Inc.; Loryn Riggiola, Esq., and Jason Kosek, Esq., of Zetlin & De Chiara LLP, appearing on behalf of Defendant ARUP USA, Inc.; Ira Schulman, Esq., and Emily Anderson, Esq., of Sheppard, Mullin, Richter & Hampton LLP, appearing on behalf of Defendant F.J. Sciame Construction Company, Inc.; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

    **IT IS** on this 22nd day of October, 2020,

**ORDERED** that the parties shall exchange written responses to interrogatories and discovery demands by no later than **October 30, 2020**; and it is further

**ORDERED** that the parties shall discuss whether they agree to mediate; and it is further

**ORDERED** that the parties shall execute an ESI protocol and exchange productions of documents by no later than **October 30, 2020**; and it is further

**ORDERED** that parties shall provide the name and subject matter of each affirmative expert no later than **December 1, 2020**; and it is further

**ORDERED** that a telephone status conference will be held before the undersigned on **November 24, 2020 at 10:00 a.m.** Counsel for Defendant Tod Williams Billie Tsien Architects, LLP is to initiate the call; and it is further

**ORDERED** that to the extent any dates herein conflict with the Pretrial Scheduling Order dated May 13, 2020, the dates herein control; and it is further

**ORDERED** that since all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**