

**Stuart M. Lederman**
Partner

<u>Direct:</u>
t: 973.451.8456
f: 973.451.8678
slederman@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

June 20, 2023

<u>**VIA CM/ECF**</u>

Hon. Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** **<u>The Trustees of Princeton University v. Tod Williams Billie Tsien Architects, LLP, et al.</u>**, Civil Action No. 3:19-cv-21248 (ZNQ) (LHG)

Dear Judge Kirsch:

This firm represents Defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc. (collectively, the "Jacobs Entities"), in the above-referenced matter. The Jacobs Entities submit this letter to respectfully seek reinstatement of the above-referenced case.

On March 31, 2023, the Hon. Lois J. Goodman, U.S.M.J. referred this case to mediation. On May 10, 2023, Hon. J. Brendan Day, U.S.M.J. granted the parties' request to extend the deadline to complete mediation to June 20, 2023, and ordered the parties to file a joint letter via CM/ECF no later than June 21, 2023 advising the Court of the outcome. On May 23, 2023, this Court instructed the Clerk's Office to administratively terminate this case without prejudice to the parties' right to reopen it by filing a letter request should mediation prove unsuccessful.

In accordance with these orders, the parties participated in a mediation on Monday, June 19, 2023 before Hon. Frank M. Ciuffani, J.S.C. (ret.). This was the third time this matter has been mediated, and the mediation was, again, unsuccessful. Accordingly, the Jacobs Entities now respectfully request that this case be reinstated.

Thank you for Your Honor's consideration.

Hon. Robert Kirsch, U.S.D.J.
June 20, 2023
Page 2


Respectfully submitted,

s/ *Stuart M. Lederman*

Stuart M. Lederman

cc:    Hon. Brendan Day, U.S.M.J. (via CM/ECF)
       All Counsel of Record (via CM/ECF)