

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

SARAH B. BISER
Direct No:  646.601.7636
Email: SBiser@FoxRothschild.com

June 20, 2023

**VIA PACER**

Hon. Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     **The Trustees of Princeton University v. TWBTA, et. al, Case No. 19-cv-21248**

Dear Judge Kirsch:

In accordance with the Court's directive, in an order dated March 31, 2023, the parties held a mediation with Judge Frank Ciuffani on June 19, 2023.  The parties were unable to reach a settlement during the mediation.

The parties therefore respectfully request that the administrative termination be lifted, and that the case be restored to the docket and proceed accordingly.

Respectfully Submitted,

*Sarah Biser*

Sarah B. Biser

Cc:     Magistrate Judge Brendan Day (via PACER)
        Counsel of Record (via PACER)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington