

**Stuart M. Lederman**
Partner

<u>Direct:</u>
t: 973.451.8456
f: 973.451.8678
slederman@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

September 22, 2023

<u>**VIA CM/ECF**</u>

Hon. Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **The Trustees of Princeton University v. Tod Williams Billie Tsien Architects, LLP, et al.**, Civil Action No. 3:19-cv-21248 (RK) (JBD)

Dear Judge Kirsch:

This firm represents Defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc. (collectively, the "Jacobs Entities") in the above-referenced matter.  The Jacobs Entities submit this letter to respectfully request an adjournment of the telephonic conference scheduled for Wednesday, September 27th, 2023 at 11 A.M. pursuant to Your Honor's text Order (ECF 174). This request is being made with the consent of counsel for Plaintiff The Trustees of Princeton University ("Plaintiff").

The Jacobs Entities respectfully request a one month adjournment of the ordered telephonic conference in order to provide time for the Parties to try to settle this matter. When we last wrote to the Court in June 2023, we reported that mediation had been unsuccessful and requested reinstatement. Since that time, however, the Parties have continued to discuss settlement with the help of the Court-assigned mediator, the Honorable Frank M. Ciuffani, J.S.C. (Ret.), and continue to make progress. We are accordingly requesting a one month adjournment of the ordered telephonic conference so that the Parties can attempt to resolve this matter amicably without also having to proceed with litigation of dispositive motions.

Thank You for Your Honor's consideration.

Hon. Robert Kirsch, U.S.D.J.
September 22, 2023
Page 2

Respectfully submitted,

s/ *Stuart M. Lederman*

Stuart M. Lederman

cc:    Hon. J. Brendan Day, U.S.M.J. (via CM/ECF)
        Hon. Frank M. Ciuffani, J.S.C. (Ret.) (via email: fciuffani@wilentz.com)
        All Counsel of Record (via CM/ECF)