## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: SEPTEMBER 27, 2023

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**  **DOCKET NO. 19-CV-21248 (RK) (JBD)**

THE TRUSTEES OF PRINCETON UNIVERSITY

v.

TOD WILLIAMS BILLIE TSIEN ARCHITECTS LLP ET AL

**APPEARANCES:**

Sarah Biser, Esq., and Philip Langer, Esq., counsel for Plaintiff
Stuart Lederman, Esq., counsel for Defendant

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE.

Parties review case status.

Settlement discussions ongoing.

Order to follow.

**Time Commenced:** 11:05 a.m.
**Time Adjourned**: 11:21 a.m.
**Total Time**: 16 minutes

*Patricia Markey*
COURTROOM DEPUTY