UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP, et al.,<br><br>Defendants. | Civil Action No. 19-21248 (RK) (JBD)<br><br>**ORDER** |

It having been reported to the Court that the parties are currently engaged in settlement discussions that will require approximately 90 days to conclude; and in order to facilitate the parties' efforts towards an amicable resolution of this matter,

**IT IS** on this 28th day of September, 2023,

**ORDERED** that all current scheduling order deadlines are hereby suspended; and it is further;

**ORDERED** that the parties are to submit a joint status report to the Court no later than December 27, 2023 on the status of their settlement discussions; and it is further

**ORDERED** that to restore this matter to the active docket, the parties may file a letter advising the Court of non-settlement and that the matter be reopened; and it is further

**ORDERED** that the Clerk administratively terminate the motion currently pending at ECF No. 141; and it is further

**ORDERED** that the Clerk administratively terminate this matter from the Court's active docket.

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE