

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

SARAH B. BISER
Direct No:  646.601.7636
Email: SBiser@FoxRothschild.com

December 22, 2023

**VIA PACER**

Hon. Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     <u>The Trustees of Princeton University v. TWBTA, et. al, Case No. 19-cv-21248</u>

Dear Judge Kirsch:

     This firm represents Plaintiff The Trustees of Princeton University ("Plaintiff") in the above-referenced matter.  In accordance with the Court's Order dated September 28, 2023 [ECF No. 177], Plaintiff submits this letter jointly with Defendants Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc. (collectively, "Defendants"), to provide a status report on the parties' settlement discussions.

     The parties have recently reached a settlement in principle and are in the process of drafting the corresponding settlement documents.  Upon completion of the relevant settlement documents, the appropriate stipulations of dismissal will be filed.

     The parties therefore respectfully request that the administrative termination remain in place, unless and until either party requests that the case be reinstated.

          Respectfully Submitted,

          Sarah B. Biser

Cc:     Magistrate Judge Brendan Day (via PACER)
        Counsel of Record (via PACER)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington