UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY<br><br>    Plaintiff,<br>vs.<br><br>TOD WILLIAMS BILLIE TSIEN ARCHITECTS, LLP; JACOBS ARCHITECTS/ENGINEERS, INC.; and JACOBS CONSULTANCY INC.,<br><br>    Defendants. | Civil Action No. 3:19-cv-21248<br><br>CONSENT ORDER DISMISSING REMAINING CLAIMS WITH PREJUDICE |

This matter having been brought before the Court for a Consent Order dismissing all remaining claims in this action, which are claims asserted by The Trustees of Princeton University ("**Princeton**") and Tod Williams Billie Tsien Architects, LLP and Jacobs Architects/Engineers, Inc. and Jacobs Consultancy Inc. (collectively the "**Jacobs Entities**"):

**IT IS** on this ____ day of ____ 2024 hereby:

**ORDERED** that any and all remaining claims, counterclaims, and crossclaims asserted by Princeton are hereby dismissed with prejudice; and it is further

**ORDERED** that any and all remaining claims, counterclaims, and crossclaims asserted by the Jacobs Entities are hereby dismissed with prejudice; and it is further

**ORDERED** that any and all remaining claims, counterclaims, and crossclaims asserted by Tod Williams Billie Tsien Architects, LLP are hereby dismissed with prejudice; and it is further

**ORDERED** that this Consent Order results in the full resolution and disposal of all claims remaining in this action.

HON. ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE

We hereby Consent to the form and Entry of this Order:

BY: *Sarah B. Biser*

Sarah B. Biser, Esq.
Philip Z. Langer, Esq.
**FOX ROTHSCHILD LLP**
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
*Attorneys for The Trustees of Princeton University*

BY: [signature]

Stuart M. Lederman, Esq.
Cristin M. Boyle, Esq.
**RIKER DANZIG SCHERER HYLAND & PERRETTI LLP**
One Speedwell Avenue
Morristown, New Jersey 07962

Kathleen O. Barnes, Esq.
**WATT TIEDER HOFFAR & FITZGERALD LLP**
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
*Attorneys for Jacobs Architects/Engineers, Inc. and Jacobs Consultancy, Inc.*

BY: *Sarah B. Biser*

Sarah B. Biser, Esq.
Philip Z. Langer, Esq.
**FOX ROTHSCHILD LLP**
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
*Attorneys for Tod Williams Billie Tsien Architects, LLP*